# United States Bankruptcy Court

Middle District of Georgia

In re:
   James Milton Wyche
   3320 Marriott Drive
   Columbus, GA 31907

Debtor(s)

Case No. 11–40647 jtl

Chapter 7

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

   the current and any former case or interim trustee is discharged as trustee of the estate of the above named debtor and the bond is cancelled;

   the case of the above named debtor(s) is closed.

Dated: 10/14/11                    /s/ John T. Laney III
                                        United States Bankruptcy Judge